# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**ORIGINAL**

Deloris Phillips
_____
Plaintiff

3:25-CV-00253-L-BN
_____
CASE NUMBER

FILED-USDC-NDTX-DA
'25 FEB 6 AM 9:51

v.

City Dallas Texas, Dallas County Texas,
Estate of Richard Leon Meankins,
Navarro County Texas
_____
Defendant

Sam A. Lindsay
_____
JUDGE

## PLAINTIFF'S NOTICE OF APPEAL;
## OBJECTION TO SANCTIONS ORDER;
## AND MOTION FOR REMAND FOR HEARINGS ON THE MERITS

Notice is hereby given that ___plaintiff Deloris Phillips_____
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the sanctions Order Doc. 8 originally filed 12.09.2022, Order (Doc. 20) Hon. Judge Brantley Starr to FCR 07.25.2022 (Doc. 4) Hon. Magistrate Judge I.C. Ramirez, cause 3:22-CV-01598-X-BH Original Order and docket sheet attached below.
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on ___02.05.2025___
(Date)

Honorable Justices of the Court, appellant believes the sanction order is prematurely bias, and egregious causing past, present, and ongoing irreparable harm. Appellant strongly objects to the sanction order. Pursuant 28 USC 1915 appellant motions for appointment of counsel and appointment of special master to assist with discovery, witnesses, preparing brief, and citing the complexity issues of appeal and violations. Plaintiff is uneducated in/of the law, with the inabilty to properly cite the legalities of Federal/State codes, statues, and laws, constitution and the court, pursuant 42 USC 1983, and in violation of 18 USC Ch. 73 (obstruction of justice); 18 USC 241 (conspiracy to interfere with rights); 18 USC 242 (deprivation of rights under color of law); Texas Penal Code 37.10 (falsifying and tampering with government records). Appellant alleges the court's documented bias of over a decade proves selective due process. This is in violation of the 14th Amendment-Equal Protection clause. A copy of the civil complaint, with attached waiver for was mailed to each named party, via USPS priority tracking on Saturday, 02.01.2025, with an expected delivery date for Monday, 02.03.2025. There was no info online today.

Honorable Justices, Appellant humbly motions for remand for a hearing on the merits. Appellant read in the Federal Rules of Civil and Appellate procedure a court has strong and broad authorities/powers. Appellant motions for court to remand on the court's own motion to reverse with instructions, and remand, pursuant any/all applicable court rules, and Federal statues, and codes.

Honorable Justices is an appeal alleging a broad conspiraacy to blacklist while referencing a known fabricated police report, DPD No. 273291-A (10.25.2013) off the record, in unfathomable places, and making bias decisions based on the known fabricated police report.

Attorney/Pro Se Litigant Signature ___[signature]___

Print Name       Deloris Phillips
Address          P.O. Box 530236
City, State, Zip Grand Prairie, Texas 75053-0236
Telephone        (903) 252-2909

1/13

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:25-cv-00253-L-BN

| | |
|---|---|
| Phillips v. City of Dallas Texas et al<br>Assigned to: Judge Sam A. Lindsay<br>Referred to: Magistrate Judge David L. Horan<br>Cause: 28:1331 Fed. Question | Date Filed: 01/31/2025<br>Date Terminated: 02/05/2025<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other Civil Rights<br>Jurisdiction: Federal Question |

**Plaintiff**

**Deloris Phillips**     represented by     **Deloris Phillips**
PO Box 530236
Grand Prairie, TX 75053
903-252-2909
Email: delorisphillips360@aol.com
PRO SE

V.

**Defendant**

**City of Dallas Texas**

**Defendant**

**Dallas County Texas**

**Defendant**

**Estate of Richard Leon Meanlans**

**Defendant**

**Navarro County Texas**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2025 | 1 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Case received over counter or electronically. (For court use only - links to the national index and to the prior sanctions found within the circuit index.) (agc) (Entered: 01/31/2025) |
| 01/31/2025 | 2 | Motion for Leave to File Motion for Emergency Hearing on Motion for Leave to File Motion for Appointment of Counsel and Motion for Special Master against City of Dallas Texas, Dallas County Texas, Estate of Richard Leon Meanlans, Navarro County Texas filed by Deloris Phillips. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (agc) (Entered: 01/31/2025) |

| | | |
|---|---|---|
| 01/31/2025 | ◉ 3 | MOTION for Leave to Proceed in forma pauperis filed by Deloris Phillips. (agc) (Entered: 01/31/2025) |
| 01/31/2025 | ◉ 4 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Deloris Phillips. (Clerk QC note: No affiliate entered in ECF). (agc) (Entered: 01/31/2025) |
| 01/31/2025 | ◉ 5 | CERTIFICATE OF SERVICE by Deloris Phillips. (agc) (Entered: 01/31/2025) |
| 01/31/2025 | ◉ 6 | Request for Clerk to issue Summons filed by Deloris Phillips. (agc) (Entered: 01/31/2025) |
| 02/05/2025 | ◉ 7 | MOTION for Leave to File Motion for Emergency Hearing and Motion for Appointment of Counsel and Special Master filed by Deloris Phillips. (knb) (Entered: 02/05/2025) |
| 02/05/2025 | ◉ 8 | Notice that the clerk has been instructed to apply the attached sanction order to the submissions indexed under number: 3:25-cv-00253-L-BN. The sanction order was originally filed in: 3:22-cv-01598-X-BH and states: the Court IMPOSES the following sanctions: Deloris Phillips is BARRED from proceeding with any future lawsuit in the Northern District of Texas whether she initially filed it in this court, she filed it in another court and it was removed or she seeks to remove it to this court, or she filed it in another federal court and it was transferred to this court unless she first: **(1) Pays the applicable filing fee** , and (2) Obtains leave of court to file it from a Judge of a United States Court of Appeals for the Fifth Circuit, a United States District Judge, or a United States Magistrate Judge, through a proper motion for leave to file the action. That order prohibits the filing of a case, so the number assigned to this closed matter remains for indexing purposes only. (twd) (Entered: 02/05/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/05/2025 19:16:17 | | | |
| **PACER Login:** | delorisphillips360 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-00253-L-BN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:22-cv-01598-X-BH

| | |
|---|---|
| Phillips v. Texas Department of Insurance | Date Filed: 07/22/2022 |
| Assigned to: Judge Brantley Starr | Date Terminated: 12/09/2022 |
| Referred to: Magistrate Judge Irma Carrillo Ramirez | Jury Demand: None |
| Case in other court:  USCA5, 22-10862 | Nature of Suit: 440 Civil Rights: Other Civil Rights |
|                        USCA5, 23-10009 | |
| Cause: 42:1981 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Deloris Phillips**            represented by    **Deloris Phillips**
PO Box 530236
Grand Prairie, TX 75053
903-252-2909
Email: delorisphillips360@aol.com
PRO SE

V.

**Defendant**

**Texas Department of Insurance**
*Division of Workers Compensations et al*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2022 | 1 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Ramirez (see Special Order 3). Initiating documents received by mail. (For court use only - links to the national index and to the prior sanctions found within the circuit index.) (axm) (Entered: 07/22/2022) |
| 07/22/2022 | 2 | Motion for Leave to File Notice of Removal and Motion for Hearing against Texas Deparment of Insurance filed by Deloris Phillips. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (CD Filed under separate cover - See records department) (Attachments: # 1 Additional Page(s), # 2 Civil Cover Sheet & Envelope) (axm) Modified on 7/22/2022 (axm). (Entered: 07/22/2022) |
| 07/22/2022 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Deloris Phillips. (axm) (Entered: 07/22/2022) |
| 07/25/2022 | 4 | FINDINGS, CONCLUSIONS AND RECOMMENDATION on Case re: 2 Notice of Filing Notice of Removal Citing Federal Questions and Violations of State and Federal Statutes and Motion for Hearing for Leave to File Notice of Removal and 3 Motion to Proceed In Forma Pauperis and Request for Expedited Hearing. The motions for a |

| | | | |
|---|---|---|---|
| | | | hearing, for leave to file a notice of removal, and to proceed in forma pauperis should be DENIED, additional sanctions should be imposed, and this action should be summarily DISMISSED with prejudice. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 7/25/2022) (mjr) (Main Document 4 replaced on 7/25/2022) (mjr). (Entered: 07/25/2022) |
| 08/08/2022 | | 5 | Memorandum in Support of Verified Motion to Extend Time to 4 Findings and Recommendations on Case re: 2 Complaint, filed by Deloris Phillips, 3 Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips. filed by Deloris Phillips with Brief/Memorandum in Support. (Phillips, Deloris) Modified text on 8/9/2022 (ygl). (Main Document 5 flattened and replaced to correct headers on 9/12/2022) (ali). (Entered: 08/08/2022) |
| 08/09/2022 | | 6 | ORDER re: 5 Plaintiff's Memoradum in Support of Verified Motion to Extend Time. The plaintiff's motion is GRANTED IN PART, and her deadline to file her objections is extended by another 14 days, until 8/22/2022. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 8/9/2022) (mcrd) (Entered: 08/09/2022) |
| 08/22/2022 | | 7 | *Memorandum in Support of Second Verified MOTION for Extension of Time to File Objection and Response to Doc. 4 Findings, Conclusion, and Recommendation* filed by Deloris Phillips. (Phillips, Deloris) Modified text and event on 8/23/2022 (ygl). (Main Document 7 replaced on 9/9/2022 to flatten the PDF so headers will show) (cea). (Entered: 08/22/2022) |
| 08/23/2022 | | 8 | ORDER re: 7 Plaintiff's Memorandum in Support of Second Verified Motion for Extension of Time to File Objection and Response to Doc. 4 Findings, Conclusion, and Recommendation.The plaintiff's motion is GRANTED, and her deadline to file her objections is extended until 9/13/2022. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 8/23/2022) (mcrd) (Entered: 08/23/2022) |
| 09/05/2022 | | 9 | Memorandum in Support of MOTION to Appoint Special Master filed by Deloris Phillips. ***FILED USING EMERGENCY EMAIL*** (twd) (Entered: 09/06/2022) |
| 09/07/2022 | | 10 | ORDER denying 9 Plaintiff's Memorandum in Support of Verified Motion to Appoint Special Master. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 9/7/2022) (mcrd) (Entered: 09/07/2022) |
| 09/08/2022 | | 11 | NOTICE OF INTERLOCUTORY APPEAL to the Fifth Circuit by Deloris Phillips. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (Attachments: # 1 Additional Page(s)) (axm) (Entered: 09/08/2022) |
| 09/12/2022 | | | USCA Case Number 22-10862 in USCA5 for 11 Notice of Appeal filed by Deloris Phillips. (svc) (Entered: 09/12/2022) |
| 09/12/2022 | | 12 | NOTICE of PLAINTIFF FILES TRIAL COURT'S (DC-21-06299) TRANSCRIPTS FOR 06.21.2021 (MOTION FOR APPOINTMENT OF COUNSEL) AND 06.28.2021 (PLAINTIFF'S MOTION FOR DISCOVERY) AND VERIFIED MOTION FOR PHYSICAL CD WITH TRIAL COURT RECORDS TO BE UPLOADED WITH eROA (22-10862) AND PLAINTIFF' VERIFIED MOTION FOR de novo REVIEW filed by |

2/5/25, 8:02 PM                                    CM/ECF Version 1

Case: 25-10275    Document: 1    Page: 6    Date Filed: 02/07/2025
Case 3:25-cv-00253-L-BN    Document 9    Filed 02/06/25    Page 6 of 13    PageID 58

| | | |
|---|---|---|
| | | Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (cea) (Entered: 09/12/2022) |
| 09/13/2022 | 🌐 13 | MOTION for Extension of Time to File Response/Reply to 2 Complaint,, 4 Findings and Recommendations on Case re: 2 Complaint,, filed by Deloris Phillips, 3 Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips., 11 Notice of Appeal,,,, filed by Deloris Phillips with Brief/Memorandum in Support. (Phillips, Deloris) (Entered: 09/13/2022) |
| 09/14/2022 | 🌐 14 | ORDER re: 13 Plaintiff's Verified Motion and Memorandum in Support of Third Motion for Extension of Time to File Response/Objection and to Doc. 4 (FCR). The plaintiff's motion is GRANTED IN PART, and her deadline to file her objections is extended until 9/27/2022. Because this is her third extension, no further extensions will be granted. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 9/14/2022) (mcrd) (Entered: 09/14/2022) |
| 09/27/2022 | 🌐 15 | Plaintiffs Objection & Response to 4 Findings, Conclusions and Recommendations and MOTION to Stay Notice of Removal Pending Appeal filed by Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s)) (cea) (Entered: 09/28/2022) |
| 10/10/2022 | 🌐 16 | RESPONSE filed by Texas Department of Insurance re: 15 MOTION to Stay (Schmoyer, Shannon) (Entered: 10/10/2022) |
| 10/17/2022 | 🌐 17 | NOTICE OF WANT OF JURISDICTION DISMISSAL (22-10862); NOTICE OF REMOVAL (05-22-00859-CV) 5TH COURT OF APPEALS TEXAS; AND 22-0504 (22-0594) TEXAS SUPREME COURT filed by Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (Attachments: # 1 Additional Page(s), # 2 Additional Page(s)) (ygl) (Entered: 10/18/2022) |
| 10/28/2022 | 🌐 18 | JUDGMENT/MANDATE of USCA as to 11 Notice of Appeal filed by Deloris Phillips. The appeal is DISMISSED for want of jurisdiction. Issued as Mandate: 10/28/2022. (svc) (Entered: 10/28/2022) |
| 11/02/2022 | 🌐 19 | ORDER denying 15 Plaintiff's... Motion to Stay Notice of Removal. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 11/2/2022) (mcrd) (Entered: 11/03/2022) |
| 12/09/2022 | 🌐 20 | ORDER ACCEPTING 4 FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE: The plaintiff's motions for a hearing, for leave to file a notice of removal, and to proceed in forma pauperis are DENIED. The Court DISMISSES this action with prejudice. Additionally, the Court IMPOSES the following sanctions: Deloris Phillips is BARRED from proceeding with any future lawsuit in the Northern District of Texas whether she initially filed it in this court, she filed it in another court and it was removed or she seeks to remove it to this court, or she filed it in another federal court and it was transferred to this court unless she first: Pays the applicable filing fee, and Obtains leave of court to file it from a Judge of a United States Court of Appeals for the Fifth Circuit, a United States District Judge, or a United States Magistrate Judge, through a proper motion for leave to file the action. For any future action submitted by Deloris Phillips for filing that is not accompanied by a proper motion for leave to file, as defined above, the Clerk of Court is directed to: Open a new case for administrative purposes only; Docket the plaintiff's filings and a copy of the judgment in this case in that new case; and Close the case without further order of the Court. (Ordered by Judge Brantley Starr on 12/9/2022) (oyh) (Entered: 12/09/2022) |

| | | |
|---|---|---|
| 12/09/2022 | | Civil Case Terminated per 20 ORDER. (oyh) (Entered: 12/09/2022) |
| 12/29/2022 | 21 | NOTICE OF APPEAL as to 20 Order Accepting/Adopting Findings and Recommendations, to the Fifth Circuit//Plaintiff's Verified Motion for Leave to File De Novo Notice of Appeal 20 with De Novo Appeal Attached Pursuant 28 USC 1746; 28 USC 1915 filed by Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (cea) Modified event text per 22 Order on 1/3/2023. Motion liberally construed as a notice of appeal (axm). (Entered: 12/30/2022) |
| 01/03/2023 | 22 | ORDER re 21 Plaintiff's Verified Motion for Leave to File De Novo Notice of Appeal (Doc. 20) with De Novo Appeal Attached Pursuant to 28 U.S.C. § 1746; 28 U.S.C. § 1915: The Clerk of Court shall note on the docket that the motion has been liberally construed as a notice of appeal, transmit the notice of appeal to the United States Court of Appeals for the Fifth Circuit, and terminate the motion in this court. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/3/2023) (axm) (Entered: 01/03/2023) |
| 01/03/2023 | | NOTICE OF APPEAL as to 20 Order Accepting/Adopting Findings and Recommendations, to the Fifth Circuit by Deloris Phillips. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (See document 21 for image) (axm) (Entered: 01/03/2023) |
| 01/11/2023 | | USCA Case Number 23-10009 in USCA5 for Notice of Appeal filed by Deloris Phillips. (svc) (Entered: 01/11/2023) |
| 01/25/2023 | 23 | MOTION for Leave to File Motion to Proceed in Forma Pauper filed by Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (Attachments: # 1 Exh 1, # 2 Exh 2, # 3 DOC. 15, # 4 DOC. 15-1, # 5 DOC. 15-2, # 6 DOC. 15-3, # 7 DOC. 15-4, # 8 DOC. 15-5, # 9 Cert of Service) (twd) (Entered: 01/25/2023) |
| 01/26/2023 | 24 | Recommendation Regarding Request to Proceed in Forma Pauperis on Appeal and Motion for Hearing. The request for leave to proceed in forma pauperis on appeal should be DENIED because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the 4 findings, conclusions, and recommendation, filed in this case on 7/25/2023. The motion for an evidentiary hearing should also be DENIED. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/26/2023) (mcrd) (Entered: 01/26/2023) |
| 02/09/2023 | 25 | MOTION for Extension of Time to File Response/Reply to 20 Order Accepting/Adopting Findings and Recommendations,,,,, 2 Complaint,, Notice of Appeal,,,, 3 MOTION for Leave to Proceed in forma pauperis, USCA Case Number, 11 Notice of Appeal,,,, 5 MOTION for Extension of Time to File Response/Reply to 4 Findings and Recommendations on Case re: 2 Complaint,, filed by Deloris Phillips, 3 Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips., 6 Order on Motion to Extend Time to File Response/Reply, 18 USCA Judgment/Mandate, 22 Order,, 9 MOTION Motion to Appoint Special Master, 12 Notice (Other), USCA Case Number, 10 Order on Motion for Miscellaneous Relief, 16 Response/Objection, 4 Findings and Recommendations on Case re: 2 Complaint,, filed by Deloris Phillips, 3 |

7/13

| | | |
|---|---|---|
| | | Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips., 14 Order on Motion to Extend Time to File Response/Reply, 17 Notice (Other), 15 MOTION to Stay, 8 Order on Motion to Extend Time to File Response/Reply, Terminated Case, 21 MOTION for Leave to File Plaintiff's Verified Motion for Leave to File De Novo Notice of Appeal 20 with De Novo Appeal Attached Pursuant 28 USC 1746; 28 USC 1915, 24 Findings and Recommendations on Motion re: 23 Motion for Leave to File, filed by Deloris Phillips., 19 Order on Motion to Stay, 23 MOTION for Leave to File Motion to Proceed in Forma Pauper, 7 Second MOTION for Hearing re 2 Complaint,, 4 Findings and Recommendations on Case re: 2 Complaint,, filed by Deloris Phillips, 3 Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips., 3 MOTION for Leave to ProceeMOTION for Extension of Time to File Response/Reply to 4 Findings and Recommendations on Case re: 2 Complaint,, filed by Deloris Phillips, 3 Motion for Leave to Proceed in forma pauperis filed by Deloris Phillips., 5 MOTION for Extensi filed by Deloris Phillips with Brief/Memorandum in Support. (Phillips, Deloris) (Entered: 02/09/2023) |
| 02/10/2023 | 26 | ORDER re: 25 Plaintiff-Appellant's Verified Motion With Memorandum for Extension of Time to File Objection (Dkt. 24), Response and Offer of Proof. The motion is GRANTED IN PART, and her deadline to file objections is extended until 2/17/2023. No further extensions will be granted. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/10/2023) (mcrd) (Entered: 02/10/2023) |
| 02/17/2023 | 27 | OBJECTION and RESPONSE filed by Deloris Phillips re: 20 Order Accepting/Adopting Findings and Recommendations, 24 Findings and Recommendations on Motion re: 23 Motion for Leave to File, filed by Deloris Phillips. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (cea) (Entered: 02/21/2023) |
| 02/17/2023 | 28 | Exhibit filed by Deloris Phillips re 27 Response/Objection. ***FILED USING THE COURT'S EMERGENCY FILING EMAIL ADDRESS.*** (cea) Modified event on 2/21/2023 (rekc). (Entered: 02/21/2023) |
| 03/21/2023 | 29 | First MOTION to Expedite *Plaintiffs Verified Motion for Leave to File Notice of Added Parties Social Security Administration and Medicare with Attached Notice of Hearing for March 2023 @ 3pm (to Reschedule Canceled Hearings) and Motion for Expedited Hearing on the Same with DC-21-06299 Petitioners Notice of Added Parties Social Security Administration and Medicare with Attached Notice of Hearing for March 2023 @ 3pm (to Reschedule Canceled Hearings).* filed by Deloris Phillips with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) ABBY GROSSBERG V. FOX CORP, ET AL. (1:23-CV-02368-JMF) U.S.D.C. SOUTHERN DISTRICT OF NEW YORK) (Phillips, Deloris) (Entered: 03/21/2023) |
| 03/22/2023 | 30 | ORDER re: 29 Plaintiff's Verified Motion for Leave to File Petitioner's Notice of Added Parties Social Security Administration and Medicare With Attached Notice of Hearing for March 2023 @ 3PM (To Reschedule Canceled Hearings) and Motion for Expedited Hearing on the Same. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 3/22/2023) (mcrd) (Entered: 03/22/2023) |
| 03/24/2023 | 31 | ORDER ACCEPTING 24 RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE. The court certifies that any appeal of this action would not be taken in good faith. (Ordered by Judge Brantley Starr on 3/24/2023) (sxf) (Entered: 03/24/2023) |
| 03/24/2023 | 32 | NOTICE OF APPEAL as to 20 Order Accepting/Adopting Findings and Recommendations,,,,, 30 Order on Motion to Expedite, 6 Order on Motion to Extend Time to File Response/Reply, 22 Order,, 10 Order on Motion for Miscellaneous Relief, 14 Order on Motion to Extend Time to File Response/Reply, 8 Order on Motion to |

| | | | |
|---|---|---|---|
| | | | Extend Time to File Response/Reply, 26 Order on Motion to Extend Time to File Response/Reply, 19 Order on Motion to Stay, 31 Order Accepting/Adopting Findings and Recommendations to the Fifth Circuit by Deloris Phillips. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Phillips, Deloris) (Entered: 03/24/2023) |
| 03/24/2023 | | 33 | Transcript Order Form: re 32 Notice of Appeal,,,,, 11 Notice of Appeal,,,, transcript requested by Deloris Phillips for 07/01/2023 thru 03/24/2023 (Court Reporter: Visiting Reporter.) Payment method: Other Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Phillips, Deloris) (Entered: 03/24/2023) |
| 04/04/2023 | | | Record on Appeal for USCA5 23-10009 Record consisting of: 11 ECF electronic record on appeal (eROA) and 1 CD is certified.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (svc) (Entered: 04/04/2023) |
| 04/04/2023 | | | Record on Appeal for USCA5 23-10009 transmitted to Deloris Phillips on disk only by hand delivery. (svc) (Entered: 04/04/2023) |
| 04/05/2023 | | | USCA Case Number 23-10009 in USCA5 for 32 Notice of Appeal filed by Deloris Phillips. (svc) (Entered: 04/05/2023) |
| 06/15/2023 | | 34 | ORDER of USCA as to Notice of Appeal, and 32 Notice of Appeal filed by Deloris Phillips. The appeals are dismissed for want of prosecution. The appellant failed to timely file appellant's brief. (svc) (Entered: 06/15/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/05/2025 19:31:54 | | | |
| **PACER Login:** | delorisphillips360 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-cv-01598-X-BH |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELORIS PHILLIPS, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>TEXAS DEPARTMENT OF §<br>INSURANCE-DIVISION OF §<br>WORKERS COMPENSATION, et §<br>al., §<br>§<br>*Defendant.* | Civil Action No. 3:22-CV-1598-X-BH |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. Plaintiff filed an objection. In this objection, Plaintiff makes various arguments about alleged unconstitutional errors by the court system. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the plaintiff's motions for a hearing, for leave to file a notice of removal, and to proceed in forma pauperis are **DENIED**. The Court **DISMISSES** this action with prejudice.

1

Additionally, the Court **IMPOSES** the following sanctions:

Deloris Phillips is **BARRED** from proceeding with any future lawsuit in the Northern District of Texas – whether she initially filed it in this court, she filed it in another court and it was removed or she seeks to remove it to this court, or she filed it in another federal court and it was transferred to this court – unless she first:

(1) Pays the applicable filing fee, and

(2) Obtains leave of court to file it from a Judge of a United States Court of Appeals for the Fifth Circuit, a United States District Judge, or a United States Magistrate Judge, through a proper motion for leave to file the action.

A proper motion for leave to file an action must be titled as a "Motion for Leave of Court to File Action", and it must be accompanied by (1) a receipt showing proof of payment of the applicable filing fee, and (2) a copy of her proposed filing containing her original signature or that of her attorney.

For any future action submitted by Deloris Phillips for filing that is not accompanied by a proper motion for leave to file, as defined above, **the Clerk of Court is directed to**:

(1) Open a new case for administrative purposes only;

(2) Docket the plaintiff's filings and a copy of the judgment in this case in that new case; and

(3) Close the case without further order of the Court.

Filings, other than a proper motion for leave, as defined above, or a notice of appeal of the denial of a proper motion for leave, shall be docketed for administrative

Case: 25-10275   Document: 1   Page: 12   Date Filed: 02/07/2025
Case 3:22-cv-01598-X-BH   Document 20   Filed 12/09/22   Page 3 of 3   PageID 2053
Case 3:25-cv-00253-L-BN   Document 9   Filed 02/06/25   Page 12 of 13   PageID 64

purposes only and will not otherwise be addressed or acknowledged by the Court.

**IT IS SO ORDERED** this 9th day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE



```
                    MAIN OFFICE DALLAS
                    401 TOM LANDRY HWY
                    DALLAS, TX 75260-9996
                        (800)275-8777
02/01/2025                                    02:01 PM

Product              Qty    Unit       Price
                            Price

Priority Mail®        1                $10.10
Window FR Env
    Dallas, TX 75202
    Flat Rate
    Expected Delivery Date
        Mon 02/03/2025
    Tracking #:
        9505 5122 0455 5032 2594 38
    Insurance                          $0.00
        Up to $100.00 included
Total                                  $10.10

Priority Mail®        1                $10.10
Window FR Env
    Corsicana, TX 75110
    Flat Rate
    Expected Delivery Date
        Mon 02/03/2025
    Tracking #:
        9505 5122 0455 5032 2594 52
    Insurance                          $0.00
        Up to $100.00 included
Total                                  $10.10

Priority Mail®        1                $10.10
Window FR Env
    Corsicana, TX 75151
    Flat Rate
    Expected Delivery Date
        Mon 02/03/2025
    Tracking #:
        9505 5122 0455 5032 2594 76
    Insurance                          $0.00
        Up to $100.00 included
Total                                  $10.10

Priority Mail®        1                $10.10
Window FR Env
    Dallas, TX 75201
    Flat Rate
    Expected Delivery Date
        Mon 02/03/2025
    Tracking #:
        9505 5122 0455 5032 2594 90
    Insurance                          $0.00
        Up to $100.00 included
Total                                  $10.10

Grand Total:                           $40.40

Debit Card Remit                       $40.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX6884
    Approval #: 867880
    Transaction #: 357
    Receipt #: 070478
    Debit Card Purchase: $40.40
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Verified
```

13/13